Steven R. Tekosky (State Bar No. 102918)
Juliet A. Markowitz (State Bar. No. 164038)
TATRO TEKOSKY SADWICK LLP
333 S. Grand Avenue, Suite 4270
Los Angeles, CA 90071
Telephone: (213) 225-7171
Facsimile: (213) 225-7151
Email: stevetekosky@ttsmlaw.com
jmarkowitz@ttsmlaw.com

Attorneys for Defendants Checkpoint Systems (UK) Ltd. and Checkpoint Systems, Inc., and for Defendant/Counterclaimant Brilliant Label Manufacturing Ltd

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL TRIM SALES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHECKPOINT SYSTEMS (UK) LTD., a United Kingdom limited company; CHECKPOINT SYSTEMS, INC., a Pennsylvania corporation; and BRILLIANT LABEL MFG. LTD., a Hong Kong limited company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. SACV 12-01314 - JLS (RNBx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE EXPERT TESTIMONY OF RICHARD SQUAR**<br><br>Date:        September 19, 2014<br>Time:       2:30 pm<br>Courtroom: 10A<br><br>Hon. Josephine L. Staton |

**TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on September 19, 2014 at 2:30 p.m., or as soon thereafter as the matter may be heard, in Department 10A of the above-entitled Court located at 411 West Fourth Street in Santa Ana, California, defendants Checkpoint Systems, Inc., and Checkpoint Systems (UK) Ltd. and Brilliant Label Manufacturing Ltd. (collectively "Checkpoint") will and hereby do move the Court for an order excluding the expert testimony of plaintiff's damages expert, Richard Squar.

The grounds for this motion are that Squar's testimony is not reliable under the standards set forth by *Daubert v. Merrell Dow Pharms. Inc.*, 509 U.S. 579 (1993) in that Squar's testimony is not based upon sufficient facts or data, his testimony is not the product of reliable principles and methods, and he has not reliably applied the principles and methods to the facts of this case, in that Squar relies upon assumptions that have no factual support (and many of which are contradicted by undisputed evidence), Squar does not isolate the result of alleged wrongful conduct from results that would have occurred even without the alleged wrongful conduct, and Squar cherry-picks data, ignoring evidence in documents upon which he relied if such evidence does not advance his client's interests.  Additional grounds for this motion are that Squar's testimony is not relevant to any question of facts at issue in this case and that Squar's testimony would not be helpful to the jury in that Squar opines to damages that he testifies were caused by factors other than the wrongful acts pled in plaintiff the complaint of Global Trim Sales, Inc. ("GTS") in this action.

This motion is made pursuant to Rule 702 of the Federal Rules of Evidence, and is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, Declaration of Paul Foust, and [Proposed] Order, all of which are filed concurrently herewith, all pleadings, records, and appearances on file in this case, all other matters of which this Court may take judicial notice, and such arguments as may be presented at the time of the hearing, if any.

Tatro Tekosky
Sadwick LLP
ATTORNEYS AT LAW

1

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF SQUAR**
**CASE NO. SACV 12 – 01314 JLS (RNBx)**

1      This motion is made following the conference of counsel pursuant to L.R. 7-3
2  which took place on June 13, 2014.

3

4  Dated: June 20, 2014                  TATRO TEKOSKY SADWICK LLP

5                                By: \_\_\_/s/ *Steven R. Tekosky*_____
6                                    Steven R. Tekosky, Esq.
                                     *Attorneys for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 23th of June , 2014, I electronically filed

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE EXPERT TESTIMONY OF RICHARD SQUAR**

with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

George L. Hampton IV
Colin C. Holley
Jeremy T. Katz
HAMPTONHOLLEY LLP
2101 East Coast Highway, Suite 260
Corona Del Mar, California 92625
Telephone: (949) 718-4550
Fax: (949) 718-4580

Phillip G. Trad
Law Offices of Phillip G. Trad
P.O. Box 19093
Irvine, California 92693-9093
Telephone: (714) 990-3541


　　　　　　　　　　　　　　　　　　*/s/ Karen L. Roberts*
　　　　　　　　　　　　　　　　　　　Karen L. Roberts